IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-1383

LUCKY DAWGS BREWING COMPANY LIMITED, a Hong Kong limited company,

    Plaintiff,

v.

ZACHARY FRITZ,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Lucky Dawgs Brewing Company Limited hereby states that it is a limited company organized under the laws of Hong Kong (Chapter 622 of the Laws of Hong Kong) and does not have a parent company.

Dated May 14, 2020

*s/ Edward C. Hopkins Jr.*
Edward C. Hopkins Jr.
*s/ Alexandra Tracy-Ramirez*
Alexandra Tracy-Ramirez
HopkinsWay PLLC
7900 E. Union Ave., Ste. 1100
Denver, CO 80237
(720) 262-5545 tel (720) 262-5546 fax
Email: ehopkins@hopkinsway.com
Email: atracyramirez@hopkinsway.com
*Attorneys for Lucky Dawgs Brewing Company Limited*